In the Matter of the Judicial Settlement of the Account of PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY and Others, as Executors, etc., of MARY A. LANGBEIN, Deceased. AUGUSTA MAYER, Appellant; PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY and Others, as Executors, etc., Respondents, Impleaded with Others.— Decree, so far as appealed from, declaring a legacy to appellant to be a general legacy, not entitled to priority, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GUARANTY TRUST COMPANY OF NEW YORK and HERBERT F. SCHWARZ, as Trustees for EMILY E. SCHWARZ, under a Deed of Trust, Dated April 5, 1932, Respondents, v. ERNEST A. DU BRUL and Another, Defendants, Impleaded with BERT HANSON, Appellant.— Appeal from deficiency judgment entered in an action to foreclose a mortgage. Judgment unanimously reversed, with costs, and the motion to confirm referee's report and permit entry of a deficiency judgment against defendant, appellant, denied, on the ground that we find the market value of the property as of the date of the auction sale to be not less than the amount due to the plaintiffs from defendant, appellant. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JULIUS ROMAN, Respondent, v. JERRY SICIGNANO, Appellant.— Action for personal injuries sustained by plaintiff as result of collision between motorcycle he was riding and motor truck. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WALMOR, INC., Plaintiff, v. KURT FREUND, Defendant, Appellant, and BUSHWICK NATIONAL BANK OF NEW YORK and GLOBE EXCHANGE BANK, Impleaded Defendants, Respondents.— Action on promissory note. Order granting motion of impleaded defendants to dismiss claim over and counterclaim of defendant Kurt Freund against said defendants affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion.

ARTHUR L. LAZARUS, Respondent, v. STAR SILK DYEING CO., INC., a New Jersey Corporation, Appellant.— Action on an oral agreement to employ plaintiff for part of a year on salary and commission basis for all business procured for defendant corporation. Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

YACKOB KATZENMEIR, Appellant, v. NEW YORK RAILWAYS CORPORATION, Respondent.— Action for personal injuries sustained by plaintiff, a passenger, in alighting from defendant's trolley car. Appeal by plaintiff from judgment in his favor on the ground of inadequacy. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.